# UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Venue**

---

### Petition for Summons for Person Under Supervision

---

**Person Under Supervision**
Alexis Jessica Gomez

**Docket Number**
0971 3:25CR00406-001 WHO

**Name of Sentencing Judge:** The Honorable Diana Saldana
United States District Judge
Southern District of Texas/Laredo Division

**Date of Original Sentence:** December 3, 2021

**Original Offense**
Count One: Conspiracy to transport an undocumented alien within the United States, 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(v)(I) and 1324(a)(1)(B)(i), a class C felony.

**Original Sentence:** 27 months custody and three years of supervised release.
**Special Conditions:** Substance abuse treatment and testing; not possess controlled substance or psychoactive substances; mental health evaluation; mental health treatment; take all prescribed medications.

**Prior Form(s) 12:** On November 13, 2025, Ms. Gomez's conditions were modified to include inpatient treatment. The modification was a result of Ms. Gomez testing positive for methamphetamine and leaving the District of California without permission.

On November 21, 2025, a Transfer of Jurisdiction was completed, and the case was assigned to Your Honor.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Not assigned
**Defense Counsel**
Not assigned

**Date Supervision Commenced**
May 7, 2024
**Date Supervision Expires**
May 6, 2027

---

### Petitioning the Court

The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on April 10, 2026, at 11:00 AM.

**RE:**   Gomez, Alexis Jessica                                                                2
         0971 3:25CR00406-001 WHO

I, Robert M. Abalos, Jr., a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe Ms. Gomez violated the special condition that states, in part, that she must participate in an inpatient program of testing and treatment for drug abuse. |

On November 3, 2025, Ms. Gomez entered Walden House, residential treatment in San Francisco. On December 4, 2025, she was discharged from this program for violating program rules.

On December 8, 2025, Ms. Gomez entered Epiphany House, residential treatment facility. On January 21, 2026, she informed her probation officer that she was discharged from the program for violating program rules.

On February 19, 2026, during an office visit, Ms. Gomez was directed to get back into residential treatment by February 27, 2026. On March 16, 2026, Ms. Gomez reported she made it back to the Epiphany House, by the deadline; however, left the program shortly after. To date, Ms. Gomez has not entered another residential treatment program.

Evidence to support this charge is contained in the undersigned officer's testimony.

| Charge Number | Violation |
| --- | --- |
| Two | There is probable cause to believe Ms. Gomez violated the Mandatory condition that states, in part, that she must refrain from any unlawful use of a controlled substance. |

On February 19, 2026, during a home visit, Ms. Gomez submitted a urine test that was positive for methamphetamine and marijuana. Ms. Gomez admitted to the use and signed an admission form.

On March 16, 2026, during an office visit, Ms. Gomez submitted a urine test that was positive for methamphetamine, MDMA, and marijuana. Ms. Gomez admitted to the use of methamphetamine and signed an admission form.

**RE:**   Gomez, Alexis Jessica                                                        3
          0971 3:25CR00406-001 WHO

Evidence to support this charge is contained in Northern District of California Admission/Denial Report dated February 19, 2026, and March 16, 2026.

Based on the foregoing, there is probable cause to believe that Alexis Jessica Gomez violated the conditions of her Supervised Release.

Respectfully submitted,                          Reviewed by:

_____                        _____
Robert M. Abalos, Jr.                            Laura Triolo
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: April 1, 2026

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X]   The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on April 10, 2026, at 11:00 AM.

[ ]   Other:

April 2, 2026                                    _____
_____                        William H. Orrick III
Date                                             Senior United States District Judge

NDC-SUPV-FORM 12C(1) 1/12/2024

**RE:**    Gomez, Alexis Jessica                                                                          4
              0971 3:25CR00406-001 WHO

APPENDIX

Grade of Violations:  C [USSG §7C1.1(a)(2), p.s.]

Criminal History at time of sentencing:  V

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 7 – 13 months<br>USSG § 7C1.5, p.s. |
| **Supervised Release:** | Three years less time<br>imposed upon revocation<br>18 U.S.C. § 3583(h) | Three years less time<br>imposed upon revocation<br>USSG § 7C1.4(c), p.s. |
| **Probation:** | Not Authorized | Not Authorized |

NDC-SUPV-FORM 12C(1)  1/12/2024